HENRY BENTE, APPELLANT, v. NEWTON A. K. BUGBEE, COMPTROLLER, ETC., RESPONDENT.

Argued February 9, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 701.

For the appellant, *J. Emil Walscheid.*

For the respondent, *Edward L. Katzenbach,* attorney-general.

PER CURIAM.

The judgment will be reversed, for the reasons stated in the opinion in the case of Margaretha Bente, appellant, against the same respondent, No. 48 of the present term. *Ante, p.* 608.

*For affirmance*—BLACK, DEAR, JJ.   2.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, CAMPBELL, VAN BUSKIRK, KAYS, HETFIELD, JJ.   8.

---

ELIZABETH BERGLUND, ADMINISTRATRIX AD PROSEQUENDUM, ETC., RESPONDENT, v. HENRY HILD ET AL., APPELLANTS.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 973.

For the respondent, *Margolies & Manetti.*

For the appellants, *McDermott, Enright & Carpenter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.

---

SAWER GLOWACKY, ADMINISTRATOR AD PROSEQUENDUM, ETC., APPELLANT, v. SHEFFIELD FARMS COMPANY, INCORPORATED, RESPONDENT.

Submitted February 11, 1927—Decided May 16, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 849.

For the appellant, *Alexander Simpson.*

For the respondent, *Autenrieth, Gannon & Wortendyke.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.